UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH FREDERICK LARSON,<br><br>Defendant. | CR 21-50088<br><br>FACTUAL BASIS STATEMENT |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On July 11, 2020, Microsoft sent two Cybertips to the National Center for Missing and Exploited Children (NCMEC) regarding multiple images of alleged child pornography identified through photo DNA. On August 6, 2020, ICAC Inv. Jesse Fagerland obtained a state search warrant to view the images, which he thereafter determined to be child pornography, including multiple children as young as six. Inv. Fagerland obtained search warrants for the associated Microsoft One accounts and reviewed the content. In one account he located 42 images of child pornography as well as other non-illicit images of children.

NCMEC obtained the IP addresses associated with the illicit images in the Cybertips and provided them to ICAC. Investigators then sent a summons to the internet provider, Vast Broadband, which then provided information linking the images to Kenneth Larson's Rapid City address. Law enforcement verified

Larson was living at that address and obtained a search warrant which was conducted on November 6, 2020. ICAC agents located multiple electronic devices that were forensically examined and located more than 80 images of child pornography as well as many searches consistent with searches for child pornography images.

Larson agreed to be interviewed and said that his roommate has a different internet provider from him and that neither one of them access the other's internet. He initially minimized his conduct and admitted to possessing adult pornography. He admitted to taking pictures of his co-workers without them knowing and admitted he took nude pictures of his former adult female roommate without her knowledge or consent. The state may prosecute him for that offense. Larson admitted to being familiar with several of the child pornography images located in the Microsoft One search/Cybertips and that he searched for child pornography and masturbated to it "5%" of the time.

Microsoft One operates solely on the internet and the devices Larson used were manufactured outside of South Dakota.

ALISON J. RAMSDELL
United States Attorney

10/27/22

*Sarah B Collins*

Date

SARAH B. COLLINS
Senior Litigation Counsel
515 9th Street #201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-Mail: Sarah.B.Collins@usdoj.gov

_Oct 26, 2022_
Date

_Kenneth Larson_ (signature)
Kenneth Frederick Larson
Defendant

_October 26, 2022_
Date

_Ellie Bastian_ (signature)
Ellie Bastian
Attorney for Defendant